Vito A. Costanzo  (SBN 132754)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail:     vito.costanzo@hklaw.com

Ben W. Subin  (admitted *pro hac vice*)
Monte Starr (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
200 South Orange Ave., Suite 2600
Orlando, Florida 32801
Telephone 407.425.8500
Facsimile  407.244.5288
E-mail:     ben.subin@hklaw.com

Attorneys for Plaintiff
GRID ONE SOLUTIONS, INC.


BROWNE GEORGE ROSS LLP
Andrew A. August (SBN 112851)
aaugust@bgrfirm.com
Kevin F. Rooney (SBN 184096)
krooney@bgrfirm.com
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone (415) 391-7100
Facsimile (415) 391-7198

TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
Charles M. Harris (admitted *pro hac vice*)
200 Central Avenue, Suite 1600w
St. Petersburg, FL 33701
Telephone (727) 896-7171
Facsimile (727) 820-0835

Attorneys for Defendant
ELSTER AMCO WATER, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRID ONE SOLUTIONS, INC., a New York corporation,<br><br>             Plaintiff,<br><br>       vs. | Case No.:  4:15-cv-03452-JSW<br><br>**STIPULATION RE ADR;<br>[PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey White |

1

STIPULATION RE ADR

|  |  |
|---|---|
| ELSTER AMCO WATER, LLC., a Florida Limited Liability Company, | ) Trial Date: None Set ) ) |
| Defendant. | ) ) |

Plaintiff, Grid One Solutions, Inc. ("GOS") and Defendant, Elster Amco Water LLC ("Elster"), which comprise all parties in this action, through their respective counsel of record, and pursuant to ADR L.R. 3-5, submit the following Stipulation reflecting their agreement as to ADR procedures.

**STIPULATION RE ADR**

The parties stipulate and agree that they will engage in mediation in Florida with a private mediator in April or May 2016. Prior to mediation, the parties may engage in initial written discovery, including interrogatories, requests for admissions and exchange of documents and the depositions of two (2) party witnesses per side. The parties request that the ADR Phone Conference scheduled for February 2, 2016 be taken off calendar.

Dated: December 14, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Ben W. Subin
Ben W. Subin
Vito A. Costanzo
Monte Starr
John A. Canale

*Attorneys for Plaintiff GRID ONE SOLUTIONS, INC.*

1  Dated:  December 14, 2015			BROWNE GEORGE ROSS LLP

3						By:   /s/ Charles M. Harris
							Charles M. Harris
4							Andrew A. August
							Kevin F. Rooney

						*Attorneys for Defendant ELSTER AMCO WATER, LLC*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: (213) 846-2400
Fax: (213) 846-2450

**ORDER**

The above STIPULATION RE ADR is approved and all parties shall comply with its provisions. The ADR Phone Conference scheduled for February 2, 2016 is hereby taken off calendar. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: December 16, 2015

_____
UNITED STATES DISTRICT JUDGE