UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRID ONE SOLUTIONS, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> ELSTER AMCO WATER, LLC, <br><br>            Defendant. | Case No.  15-cv-03452-JSW <br><br> **NOTICE OF NON-CONFORMING CHAMBERS COPY** <br><br> Re: Docket Nos. 41 |

This Court's Civil Standing Order paragraph 5 provides that "[a]ll chambers copies must be securely bound at the top or on the side, either with staples, "ACCO" fasteners, velo-binding or shall be submitted in binders.  **Binder clips, paper clips, and rubber bands will not satisfy this requirement.**  If a particular motion, declaration or other submission is more than two inches thick, the parties should submit the chambers copies of the document in multiple volumes that do not exceed two inches.  When a declaration or other document includes exhibits, parties shall submit chambers copies of the documents which include tabs that separate each exhibit."

The chambers copy of Defendants' motion to dismiss the First Amended Complaint did not comply with this paragraph.  The Court shall accept the chambers copy, but the Court shall return any future chambers copies that do not strictly comply with Paragraph 5.

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____
JEFFREY S. WHITE
United States District Judge