UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRID ONE SOLUTIONS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> ELSTER AMCO WATER, LLC, <br><br>          Defendant. | Case No. 15-cv-03452-JSW <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Re: Docket No. 45 |

The Court has received and considered Defendant's administrative motion to continue the case management conference scheduled for February 5, 2016, and Plaintiff's opposition thereto. The Court finds good cause to grant the motion, in part. The Court CONTINUES the case management conference to March 18, 2016, immediately following the hearing on Defendant's motion to dismiss. If the Court finds the motion suitable for disposition without oral argument, the Court shall hold the case management conference on March 18, 2016 at 11:00 a.m. Unless otherwise ordered by the Court, the parties need not file an updated joint case management conference statement.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
JEFFREY S. WHITE
United States District Judge