UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRID ONE SOLUTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELSTER AMCO WATER, LLC,<br><br>　　　　　Defendant. | Case No. 15-cv-03452-JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket No. 41 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Defendant's motion to dismiss the First Amended Complaint, which has been noticed for hearing on April 22, 2016, is appropriate for decision without oral argument. Accordingly, the Court VACATES the hearing date and it will take the motion under submission and decide it on the papers. The Court also VACATES the case management conference scheduled for April 29, 2016, and it shall reschedule that conference, if necessary, in the order resolving the motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
JEFFREY S. WHITE
United States District Judge